UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Bloomington Chrysler Jeep Eagle, Inc.,
a Minnesota corporation,

                                                    Civil No. 05-1222 (RHK/JJG)

                Plaintiff,

                                                    **ORDER**

vs.

DaimlerChrysler Motor Company, LLC,
a Delaware corporation,

                Defendant.

_____

      Unless the Court determines to hear oral arguments, Plaintiff's Motion for Partial Final Judgment, or, in the Alternative, for Certification of Interlocutory Appeal will be submitted for decision on the written briefs of the parties.  Defendant shall serve and file its response to the Motion by February 1, 2006, and Plaintiff must serve and file its reply thereto by February 21, 2006.  The hearing scheduled for March 15, 2006, is **CANCELLED**.

Dated: January 13, 2006

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge